UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KATHERINE ANNE DALTON,

                Plaintiff,

v.                                         Case Number 11-CV-11148
                                         Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

United States Magistrate Judge R. Steven Whalen issued a report and recommendation (ECF No. 21) on January 23, 2012, recommending that the Court grant Defendant's motion for summary judgment (ECF No. 14), deny Plaintiff's motion for summary judgment (ECF No. 19), and dismiss Plaintiff's complaint.

Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations.  28 U.S.C. § 636(b)(1).  The district court will make a "de novo determination of those portions of the report . . . to which objection is made."  Id.  Where, as here, neither party objects to the report, the district court is not obligated to independently review the record.  Thomas v. Arn, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that Judge Whalen's report and recommendation (ECF No. 21) is **ADOPTED**.

It is further **ORDERED** that Defendant's motion for summary judgment (ECF No. 14) is **GRANTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 19) is

**DENIED**.

It is further **ORDERED** that the determination of the Commissioner of Social Security is

AFFIRMED and that Plaintiff's complaint (ECF No. 1) is **DISMISSED**.


Dated: February 8, 2012

                              s/Thomas L. Ludington
                              THOMAS L. LUDINGTON
                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on February 8, 2012.

                    s/Tracy A. Jacobs
                    TRACY A. JACOBS